## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REBECCA LEE RIVERA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:24-cv-0333-JDW** |
| | : | |
| **TRANSUNION LLC,** | : | |
| **Defendant.** | : | |

### ORDER

**AND NOW**, this 22nd day of February, 2024, upon consideration of Plaintiff Rebecca Lee Rivera's Motion to Proceed *In Forma Pauperis* (ECF No. 3), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and the Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, the Complaint is **DISMISSED WITHOUT PREJUDICE.** Ms. Rivera may file an amended complaint on or before March 22, 2024.  Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Ms. Rivera's claims against each defendant.  The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim.  When drafting her amended complaint, Ms. Rivera should be mindful of my reasons for dismissing the claims in her initial Complaint as explained in the

accompanying Memorandum.  Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

It is **FURTHER ORDERED** that the Clerk of Court shall send Ms. Rivera a blank copy of the Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number.  Ms. Rivera may use this form to file her amended complaint if she chooses to do so. If Ms. Rivera does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, she may file a notice with the Court on or before March 22, 2024, stating that intent, at which time the Court will issue a final order dismissing the case.  Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

**If Ms. Rivera fails to file any response to this Order, I will conclude that she intends to stand on her Complaint and will issue a final order dismissing this case.**

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**