# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA LEE RIVERA,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:24-cv-0333-JDW |
| : | |
| **TRANSUNION LLC,** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 10th day of January, 2025, upon consideration of Defendant Trans Union LLC's Motion to Dismiss (ECF No. 23), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and the Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**